COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



NOTICE OF REMOVAL TO FEDERAL COURT

Appellate case name:    International Paper Company, Waste Management, Inc. Waste Management of Texas, Inc., and McGinnes Industrial Maintenance Corp v. Harris County, Texas and The State of Texas, acting by and through the Texas Commission on Environmental Quality, a necessary and indispensable party

Appellate case number:   01-12-00538-CV

Trial court case number:   1176724

Trial court:              295th District Court of Harris County

A copy of a notice of removal to federal court was filed with my Office in the above-referenced case on August 23, 2013. Accordingly, this Court instructed me to inform you that this case will proceed no further. *See* 28 U.S.C.S. § 1446(d). This Court will treat the removal as a final disposition unless and until the case is remanded from federal court. *Id.*

If the federal court remands the case, this Court will proceed with the case on the date that the federal court clerk mails a certified copy of the order of remand to my Office. *See* 28 U.S.C.S. § 1447(c); *Quaestar Invs., Inc. v. Chiapas*, 997 S.W.2d 226, 228−29 (Tex. 1999). The parties are strongly cautioned that in the event of a remand, any motion for rehearing or en banc reconsideration must be filed within 15 days of the date that the federal court clerk mails the certified copy of the order of remand to my Office. Any other timetable that had commenced and was suspended by the filing of the copy of the notice of removal in this Court will automatically recommence on the date that the federal court clerk mails the certified copy of the order of remand to my Office. *See Quaestor Invs., Inc.*, 997 S.W.2d at 229. W

Clerk's Signature: **/s/ Christopher A. Prine**

Date: August 27, 2013